**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBERT FLYNN, and** : | |
| **KIMBERLY FLYNN**, *his wife*, : | |
| : | |
| **Plaintiffs** | **CIVIL ACTION NO. 3:13-2993** |
| : | |
| **v.** | |
| : | **(JUDGE MANNION)** |
| **NATIONWIDE INSURANCE** | |
| **COMPANY of AMERICA,** : | |
| **Defendant** : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendant's motion to dismiss plaintiffs' bad faith claim, (Doc. 10), is **GRANTED** and plaintiff's bad faith claim is **DISMISSED without prejudice**. All mentions of an alleged fiduciary duty on the part of defendant are **STRICKEN** from the complaint. Plaintiffs may amend their complaint to allege a bad faith claim by **July, 21 2014**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 7, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2993-01-order.wpd